# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2639

_____

| | | |
|---|---|---|
| In re: Stanley Reid Henricksen, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| -------------------------------------- | * | |
| | * | |
| Hartford Life and Accident Insurance | * | Appeal from the United States |
| Company, | * | Bankruptcy Appellate Panel. |
| | * | |
| Appellee, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| Stanley Reid Henricksen, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Nauni Jo Manty, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 16, 2006
Filed: June 21, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Debtor Stanley Henricksen (Henricksen) appeals the Bankruptcy Appellate Panel's (BAP's) denial of his Federal Rule of Civil Procedure 60(b) motion. We hold the BAP did not abuse its discretion in denying Henricksen's Rule 60(b) motion. <u>See</u> <u>In re Kirwan</u>, 164 F.3d 1175, 1177 (8th Cir. 1999) (standard review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____